1

2

3

4                     UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    HEATHER QUINN, et al.,                    Case No.  16-cv-03080-WHO

                Plaintiffs,
8
                                               **REFERRAL FOR PURPOSE OF**
9           v.                                 **DETERMINING RELATIONSHIP**

10   CORDIS CORPORATION,                        Re: Dkt. No. 29

                Defendant.
11

12          Pursuant to Civil Local Rule 3-12(c), this case and following cases are hereby REFERRED

13   to the Honorable Susan Illston for consideration whether the cases are related to *Dunson, et al. v.*

14   *Cordis Corp., et al.*, 3:16-cv-03076-SI:

15          *Resovsky v. Cordis Corp., et al.*, 3:16-cv-03082-EMC

16          *Grant, et al. v. Cordis Corp., et al.*, 3:16-cv-03083-HSG

17          *Herbert, et al. v. Cordis Corp., et al.*, 3:16-cv-03085-JST

18          *Holden, et al. v. Cordis Corp., et al.*, 3:16-cv-03087-TEH

19          *Oehring, et al. v. Cordis Corp., et al.*, 4:16-cv-03088-JSW

20          *Barber, et al. v. Cordis Corp., et al.*, 3:16-cv-03086-JD

21          *Sutton, et al. v. Cordis Corp., et al.*, 3:16-cv-04012-VC

22          **IT IS SO ORDERED.**

23   Dated: July 27, 2016

24                                             _____

25                                             WILLIAM H. ORRICK
                                               United States District Judge
26

27

28

United States District Court
Northern District of California