UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DUNSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CORDIS CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-cv-03076-SI<br>16-3080 SI, 16-3082 SI, 16-3083 SI,<br>16-3085 SI, 16-3086 SI, 16-3087 SI,<br>16-3088 SI, 16-4012 SI<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: August 8, 2016

_____
SUSAN ILLSTON
United States District Judge