1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GARRY, et al.,

        Plaintiffs,

    v.

CORDIS CORPORATION,

        Defendant.

Case No. 16-cv-04409-TEH

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Dunson v. Cordis Corporation*, Case No. 16-cv-03076-EMC.

**IT IS SO ORDERED.**

Dated:   08/10/16

_____
THELTON E. HENDERSON
United States District Judge