CROWELL & MORING LLP
Kevin C. Mayer (CSB No. 118177)
E-mail: kmayer@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:    415.986.2800
Facsimile:    415.986.2827

Andrew D. Kaplan (Appearance *pro hac vice*)
E-mail: akaplan@crowell.com
Rebecca B. Chaney (Appearance *pro hac vice*)
E-mail: rchaney@crowell.com
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
Telephone:    202.624.2500
Facsimile:    202.628.5116

*Attorneys for Defendant Cordis Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY DUNSON, et al., | Case No. 3:16-CV-03076-EMC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESCHEDULE HEARING DATE** |
| v. | |
| CORDIS CORPORATION, et al., | Re: Case Nos. 16-cv-03080-EMC, 16-cv-03082-EMC, 16-cv-03083-EMC, 16-cv-03085-EMC, 16-cv-03086-EMC, 16-cv-03087-EMC, 16-cv-03088-EMC, 16-cv-04012-EMC, 16-cv-04409-EMC |
| Defendants. | |
| | Civil L.R. 6-1(b) |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING JOINT STIPULATION
TO RESCHEDULE HEARING DATE;
CASE NO. 3:16-CV-03076-EMC

1  All parties in the above-identified cases have signed a joint stipulation requesting that this
2  Court reschedule the hearing on the question of federal jurisdiction currently set for September 1,
3  2016. Case No. 16-cv-03076, Dkt. No. 37 (Aug. 9, 2016). Pursuant to Civil Local Rule 6-1(b),
4  the Court orders that the hearing on federal jurisdiction under the Class Action Fairness Act is
5  rescheduled to September 8, 2016, at 1:15 P.M.

**IT IS SO ORDERED.**

Dated: 8/18/16

_____
Judge Edward M. Chen
United States District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen (signed)

# CERTIFICATE OF SERVICE

I, Jennifer Tai, certify that on August 18, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California, by using the CM/ECF system.

I further certify that on August 18, 2016, I placed the foregoing document in an envelope for collection and mailing, following our ordinary business practice, by First-Class Mail, postage prepaid, to the following non-CM/ECF participants involved in the described cases:

| Counsel | Case Numbers/Case Names |
| --- | --- |
| Turner W. Branch<br>Margaret M. Branch<br>Adam T. Funk<br>BRANCH LAW FIRM<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, NM 87104<br>Telephone: (505) 243-3500<br>Facsimile: (505) 243-3534 | *Barber, et al v. Cordis Corporation, et al.*,<br>Case No. 3:16-cv-3086-EMC |
| Gregory David Rueb<br>RUEB & MOTTA, PLC<br>1401 Willow Pass Rd., Suite 880<br>Concord, CA 94520<br>Phone: 925.602.3400<br>Fax: 925.602.0622<br><br>Howard Nations<br>THE NATIONS LAW FIRM<br>3131 Briarpark Dr., Suite 208<br>Houston, TX 77042<br>Phone: 713.807.8400<br>Fax: 713.807.8423 | *Herbert, et al v. Cordis Corporation, et al.*,<br>Case No. 3:16-cv-3085-EMC |
| David P. Matthews<br>MATTHEWS & ASSOCIATES<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 522-5250<br>Facsimile: (713) 535-7136<br><br>Richard A. Freese<br>Tim K. Goss<br>FREESE & GOSS, PLLC<br>3500 Maple Avenue, Suite 1100<br>Dallas, TX 75219 | *Oehring, et al v. Cordis Corporation, et al.*,<br>Case No. 3:16-cv-3088-EMC |

| | | |
|---|---|---|
| 1 | Telephone: (214) 761-6610<br>Facsimile: (214) 761-6688 | |
| 2 | | |
| 3 | Thomas P. Cartmell<br>David C. DeGreeff<br>WAGSTAFF & CARTMELL, LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>Telephone: (816) 701-1100<br>Facsimile: (816) 531-2372<br>tcartmell@wcllp.com<br>ddegreeff@wcllp.com | *Quinn, et al v. Cordis Corporation, et al.*<br>Case No. 3:16-cv-3080-EMC |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Stuart L. Goldenberg<br>Marlene J. Goldenberg<br>GOLDENBERG LAW, PLLC<br>800 LaSalle Avenue, Suite 2150<br>Minnesota, MN 55402<br>Telephone: (855) 333-4662<br>Facsimile: (612) 367-8107 | *Sutton, et al. v. Cordis Corporation, et al.*<br>Case No. 3:16-cv-04012-EMC |
| 9 | | |
| 10 | | |
| 11 | | |

12

13

14            *[signature]* Jennifer Tai

15

16

17

18

19

20

21

22

23

24

25

26

27

28