UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA LESCH, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>CORDIS CORPORATION, et al.,<br><br>           Defendants. | Case No.  16-cv-04608-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Dunson v. Cordis Corporation*, Case No. 16-cv-03076-EMC.

    **IT IS SO ORDERED.**

Dated: August 19, 2016

_____

VINCE CHHABRIA
United States District Judge