**CROWELL & MORING LLP**
Kevin C. Mayer (CSB No. 118177)
E-mail: kmayer@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:   415.986.2800
Facsimile:    415.986.2827

Andrew D. Kaplan (Appearance *pro hac vice*)
E-mail: akaplan@crowell.com
Rebecca B. Chaney (Appearance *pro hac vice*)
E-mail: rchaney@crowell.com
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone:   202.624.2500
Facsimile:    202.628.5116

*Attorneys for Defendant Cordis Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY DUNSON, et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>CORDIS CORPORATION, et al.,<br><br>                    Defendants. | Case No. 3:16-cv-03076-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE THE BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO STAY<br><br>Hon. Edward M. Chen<br><br><br>Re: Case Nos: 16-cv-03080-EMC, 16-cv-03082-EMC, 16-cv-03083-EMC, 16-cv-03085-EMC, 16-cv-03086-EMC, 16-cv-03087-EMC, 16-cv-03088-EMC, 16-cv-04012-EMC, 16-cv-04409-EMC, 16-cv-04608-EMC, 16-cv-04819-EMC, 16-cv-05055-EMC, 16-cv-05199-EMC |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-37947157.2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO EXPEDITE THE BRIEFING AND HEARING
SCHEDULE FOR DEFENDANT'S MOTION TO STAY; CASE
NO. 3:16-CV-03076-EMC

On September 27, 2016, defendant Cordis Corporation filed a Motion for Administrative Relief to Expedite the Briefing and Hearing Schedule for Defendant's Motion to Stay ("Motion"). Having considered all papers filed in connection with the Motion, the Court hereby orders as follows:

Defendant's Motion is GRANTED. The expedited briefing and hearing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Motion to Stay | October 4, 2016 |
| Cordis' Reply Brief | October 11, 2016 |
| Hearing on the Motion | October 27, 2016 |

IT IS SO ORDERED

Dated: 9/30, 2016

_____
Hon. Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

CROWELL & MORING LLP
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXPEDITE THE BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO STAY; CASE NO. 3:16-CV-03076-EMC