UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD G. HAUCK, et al.,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CORDIS CORPORATION, a corporation, et al.,<br><br>         Defendants. | Case No:  C 16-05455 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Edward M. Chen to consider whether it is related to:

<u>Dunson, et al. v. Cordis Corporation, et al.</u>, 16-cv-03076-EMC

IT IS SO ORDERED.

Dated:  10/3/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge