UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELIA PALMORE,<br>    Plaintiff,<br>  v.<br>CORDIS CORPORATION, et al.,<br>    Defendants. | Case No. 16-cv-05934-PJH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to <u>Dunson v. Cordis Corp., et al.</u>, Case No. 3:16-cv-03076-EMC.

**IT IS SO ORDERED.**

Dated: October 19, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge