UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD QUALLS, et al., | Case No.  16-cv-06049-VC |
| Plaintiffs, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CORDIS CORPORATION, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration whether the case is related to *Dunson, et al. v. Cordis Corp., et al.*, No. 3:16-cv-03076.

**IT IS SO ORDERED.**

Dated:  December 22, 2016

_____

VINCE CHHABRIA
United States District Judge