UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>CORDIS CORPORATION, et al.,<br><br>    Defendants. | Case No.  17-cv-00022-PJH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to Dunson v. Cordis Corp., et al., No. 3:16-cv-03076-EMC.

**IT IS SO ORDERED.**

Dated:  January 9, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge