UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MENDEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION, et al.,<br><br>    Defendants. | Case No. 17-cv-00023-TEH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Dunson v. Cordis Corporation*, Case No. 16-cv-03076-EMC.

**IT IS SO ORDERED.**

Dated: 01/18/17

_____
THELTON E. HENDERSON
United States District Judge